☑ Original  ❑ Duplicate

CLERK'S OFFICE
A TRUE COPY
Nov 27, 2024
/s/ Mariah Kauder
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.  24-M-553 (SCD)
a. 2539 S. 9th Place, Upper, Milwaukee, WI. )
b. Silver Toyota Corolla (WI Plate AYK6839, Unknown VIN) )
c. 2012 Black Nissan Altima (VIN#1N4AL2AP0CC188885) )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     12-11-24     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable Stephen C. Dries     .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:     11-27-24. 9:55 am                    *[signature]* Stephen C. Dries
                                                              *Judge's signature*

City and state:     Milwaukee, WI          Honorable Stephen C. Dries, U.S. Magistrate Judge
                                                              *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

**2539 S. 9th Place (Upper), Milwaukee, Wisconsin:** The residence is an upper/lower two-story duplex. The residence has a white and yellow siding, blue trim around the windows and a brown shingled roof. The numbers "2539" are displayed horizontally above a mailbox on the front of the residence which faces east towards the street. The only entrance/exit to the upper unit of the residence is to ascend a staircase located on the west side of the structure.

The property to be searched includes residence and all areas accessible to the residence, including any basement or crawl space area and the unattached garage associated with the residence.

BELOW ARE PHOTOGRAPHS OF THE FRONT AND REAR OF THE RESIDENCE:

Front:                                                              Rear:

 

17

**Silver Toyota Corolla (WI Plate AYK6839, Unknown VIN)**



**2012 Black Nissan Altima (VIN#1N4AL2AP0CC188885)**



18

**ATTACHMENT B**

**PROPERTY TO BE SEIZED**

All physical evidence found at the location described in Attachment A that relate to violations in October and November 2024, of Title 18, United States Code, Sections 2119(1) (Motor Vehicle robbery) and 1951(a) (Hobbs Act robbery), Title 18, United States Code, Section 922(g)(1) (Felon in possession of a firearm) and Title 18, United States Code, Section 922(o) (Possession of a Machinegun) involving Jaime V. Curbelo-Rivera and other unknown actors, to include:

a. Clothing items and accessories worn during one or more of the robberies and items used to commit the robberies or clothing associated with posts made on social media in possession of firearms;

b. Items stolen during the aforementioned robberies, to include U.S. currency, electronic devices, boxes, or other packaging material from those devices;

c. Cellular telephones for any of the suspects;

d. Firearms, ammunition, cases, boxes, or firearm accessories and documents showing firearm purchase, possession, or ownership, to include but not limited to CCW permit and firearm purchase/acquisition documents;

e. Evidence regarding the use of social media, including Facebook, Instagram, and Facebook Marketplace;

f. Evidence of recent cash expenditures;

g. Maps or other indications of planning;

h. Identification and location of assets obtained with the proceeds from the robbery;

i. All records, items and documents reflecting travel for the purpose of participating in the aforementioned robberies, including but not limited to gas station receipts, store

19

receipts, credit card receipts, restaurant receipts, maps, and records of long distance calls reflecting travel;

j. All computers, tablets, and cellular telephones handsets which may have been used by the subject which may contain travel records, contacts with other individuals, email or social media contacts, or other records or communications related to the aforementioned robbery;

k. Accounting records, specifically financial statements, bank records, ledgers, journals, check registers, and other books and records used to maintain a record of income and expenses;

l. Checking, savings, and investment account records, including signature cards, account statements, deposit receipts, withdrawal receipts, cancelled checks, money orders, cashier's checks, records of incoming and outgoing wire transfers, electronic funds transfer records, checkbooks, credit card records and receipts, including supporting documentation and schedules, and any other records of documents pertaining to the receipt, expenditure, or concealment of money;

m. Any and all of the above listed evidence stored in the form of magnetic or electronic coding on computer media or media capable of being read by a computer or with the aid of computer-related equipment, including but not limited to floppy disks, fixed hard disks, removable hard disks, tapes, laser disks, videocassettes, CD-ROM's, DVD disks, Zip disks, smart cards, memory sticks, memory calculators, personal digital assistants (PDS's), cell phones, and/or other media capable of storing magnetic coding, the software to operate them and related instruction manuals;

n. All electronic devices which are capable of analyzing, creating, displaying, converting or transmitting electronic or magnetic computer impulses or data. These devices include computers, computer components, computer peripherals, word processing equipment, modems, monitors, printers, plotters, encryption circuit boards, optical scanners, external hard drives, and other computer related electronic devices;

o. The search procedure of the electronic data contained in computer operating software or memory devices, whether performed on site or in a laboratory, or other controlled environment, may include the following techniques:

i.   Surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files);

ii.  "Opening" or cursorily reading the first few "pages" of such files in order to determine their precise contents;

iii. "Scanning" storage areas for deliberately hidden files; or

iv.  Performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation.

p.   All indicia of occupancy, residency or ownership of the premises and things described in the warrant, including identification documents, utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents, and keys.

21

CLERK'S OFFICE
A TRUE COPY
Nov 27, 2024
/s/ Mariah Kauder
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a. 2539 S. 9th Place, Upper, Milwaukee, WI.<br>b. Silver Toyota Corolla (WI Plate AYK6839, Unknown VIN)<br>c. 2012 Black Nissan Altima (VIN#1N4AL2AP0CC188885) | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-M-553 (SCD) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the _____ Eastern _____ District of _____ Wisconsin _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2119(1) | Motor Vehicle Robbery |
| 18 U.S.C. 1951(a) | Hobbs Act Robbery |
| 18 U.S.C. 922(g)(1) & 922(o) | Felon in Possession of a Firearm and Possession of a Machinegun |

The application is based on these facts:

Please see Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Richard Klarkowski, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means)*.

Date: 11-27-24

_____
*Judge's signature*

City and state: Milwaukee, WI

Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Richard J. Klarkowski, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for the residence located at **2539 S. 9th Place (Upper), Milwaukee, Wisconsin**.

2.      I am currently a Police Officer with the City of Milwaukee Police Department and have been since August 5, 2012. Since April 1, 2020, I have been assigned as a Task Force Officer (T.F.O.) with the Federal Bureau of Investigation's (F.B.I.) Milwaukee Area Safe Streets Task Force (M.A.S.S.T.F.). Since 2020, I have investigated violations of federal law, directed drug and street gang investigations, obtained and executed search and arrest warrants related to the distribution of illegal narcotics, and debriefed confidential informants and cooperating defendants. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal offenses.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on the investigation to date, there is probable cause that Jaime V. Curbelo-Rivera and other unknown co-actors conspired to commit and committed the following crimes:

Motor Vehicle Robbery on November 6, 2024, in the State and Eastern District of Wisconsin, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery) and 2119(1) (motor vehicle robbery). Further, based upon additional evidence gathered to date, I believe that the suspect is involved in the following other violations: Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm), and Title 18, United States Code, Section 922(o) (Possession of a Machine Gun).

**PROPERTY TO BE SEARCHED**

5. The property to be searched is more particularly described as follows:

    a. **2539 S. 9th Place (Upper), Milwaukee, Wisconsin:** The residence is an upper/lower two-story duplex. The residence has a white and yellow siding, blue trim around the windows and a brown shingled roof. The numbers "2539" are displayed horizontally above a mailbox on the front of the residence which faces east towards the street. The only entrance/exit to the upper unit of the residence is to ascend a staircase located on the west side of the structure;

    b. **a 2012 Nissan Altima (VIN #1N4AL2AP0CC188885);** and

    c. **a Silver Toyota Corolla (WI Plate AYK6839, Unknown VIN).**

**PROBABLE CAUSE**

6. On November 6, 2024, at approximately 5:54pm, Squad 2220 (PO Daniel Lukasik and PO Mariolys Nelson) were dispatched to a theft complaint at 1747 S. 32nd Street, which is located in the City and County of Milwaukee, Wisconsin.

7. Upon arrival, Squad 2220 spoke with the caller and victim, R.H. (DOB XX/XX/1973). R.H. informed Squad 2220 he posted his 2019 Yamaha YZ250 (VIN JYACG40C0KA003273), for sale on the Facebook Marketplace for $6500.

2

8.      R.H. received a message through Facebook Messenger at approximately 12:00am from the account "Max Wheaton" on November 6th, 2024 regarding his Yamaha.

9.      The account "Max Wheaton" offered R.H. $7000 for the Yamaha and the delivery of the Yamaha. "Max Wheaton" provided the meet up address of 1747 S. 32nd Street, Milwaukee, WI.

10.     At approximately 4:30 PM, on November 6, 2024, R.H. arrived at the aforementioned location and parked in the east/west alley to the south of the residence. R.H. observed an unknown male (Suspect #1) walking northbound through Burnham Park (1755 S. 32nd Street, Milwaukee, WI) towards R.H. and his truck. R.H.  then exited his truck and began to walk towards the back of his trailer.

11.     Suspect #1 asked R.H. to test ride the Yamaha. R.H. informed Suspect #1 that he had to show him the $7000 if he wanted to test ride the Yamaha. I know that Suspect #1 then struck R.H. on the right side of his face. R.H. then grabbed Suspect #1 and began to wrestle with him. R.H. stated that while he was wrestling with Suspect #1, a second unknown male (Suspect #2) knocked him to the ground and began to kick him repeatedly. While R.H. was being kicked by Suspect #2, Suspect #1 removed the Yamaha from the trailer and fled on the Yamaha northbound on S. 32nd Street.

12.     Suspect #2 then ran northbound on S. 32nd Street. R.H. stated that Suspect #1 drove towards Suspect #2 and picked him up. Suspect #1 and Suspect #2 then continued to flee northbound.

3

13.     R.H.  described Suspect #1 as a white male, 18-25 years old, skinny, 5'8-5'10, hair curly on top buzz cut on sides, mustache with beard, wearing a black hoodie, black sweatpants, and slip on black tennis shoes.

14.     R.H. described Suspect #2 as a white male, 18-22 years old, wearing a blue hoodie, blue jeans, and tan boots.

15.     On Sunday, November 10, 2024, at approximately 9:02pm, while working inside of District 2 as Desk Officer, Police Officer Alexander Grebe spoke with a male subject who entered District 2 to make a report for a stolen motorcycle/dirt bike. The male subject stated that the incident occurred at Burnham Playfield, located at 1755 S. 32nd Street.

16.     The victim, later identified as J.S. (DOB XX/XX/1981), stated that at approximately 7:50pm, he went to Burnham Park to sell his dirt bike. J.S. stated that his dirt bike was an orange 2024 KTM 125SX bearing VIN #VBKSXG235RM120630. J.S. agreed to meet an individual identified using the Facebook account "Max Wheaton".

17.     J.S. stated that he was approached by a male subject walking on foot coming from S. 33rd Street.

18.     J.S. stated the male subject identified himself as "Max". J.S. described "Max" as a white/Hispanic male, darker complexion, approximately 18-20 years of age, slim build, with short black curly/shaggy hair, "baby face", and wearing a dark colored hoodie with the hood up.

19.     J.S. stated that he had agreed with "Max" to sell him the dirt bike for $6,500. J.S. stated "Max" eventually took the dirt bike for a test drive and after a few minutes, "Max" never returned to the location with the dirt bike intentionally and without consent.

4

20.    J.S. later showed PO Grebe a photo of an individual he obtained from the Facebook account of "Max Wheaton". Affiant recognized the individual in the photograph to be Jaime V. Curbelo-Rivera (W/M, 08/11/2002).

21.    I have prior knowledge of Curbelo-Rivera due to members of his family being involved in violent crime throughout the South Side of Milwaukee.

22.    PO Grebe assembled a photo array at Milwaukee Police Department District 2. The target of the photo array was Jaime V. Curbelo-Rivera (W/M, 08/11/2002). This photo array was saved under MPD line-up#: 83048.

23.    PO Grebe went over the Supplementary Report on the Photo Array Identification Form (PC-24) with J.S. J.S. indicated that he understood the instructions and signed form PC-24 acknowledging he understood.

24.    I know that the photo arrays are shown using the Wisconsin Best Practices method, which involves an 8 Folder Method. Photos are placed in the folder individually and shown individually to the subject viewing the array. The target is placed in folders 2-6 and folders 7 and 8 are intently left blank, so that the victim doesn't feel they have to make identification.

25.    PO Grebe began to show J.S. each folder one at a time. J.S. looked at the photo in the first folder, indicated and circled "No" on the identification form for folder #1. Upon opening the second folder, J.S. looked at the photo and indicated and circled "Yes" on the identification form for folder #2. J.S. looked at the photos in folders #3-8, indicated and circled "No" on the PC-24 form for folders #3-8.

5

26.     J.S. then signed and dated on form PC-24 that he made an identification of the subject depicted in folder #2 (Curbelo-Rivera). The photo array was later inventoried under MPD Inventory #24032343 Items 1-3.

## Photo Array regarding MPD Case #C2411060124

27.     On Thursday, November 14, 2024, at 11:23AM, PO Eulia Boyd and PO Andrew Langer met with R.H. to conduct a photo array at Beloit Police Department located at 100 State Street, Beloit, WI. 53511.

28.     PO Langer let R.H. read the Supplementary Report on the Photo Array Identification Form (PC-24) and then went over it over it with him. R.H. indicated that he understood the instructions and signed form PC-24 acknowledging he understood.

29.     I know that the photo arrays are shown using the Wisconsin Best Practices method, which involves an 8 Folder Method. Photos are placed in the folder individually and shown individually to the subject viewing the array. The target is placed in folders 2-6 and folders 7 and 8 are intently left blank, so that the victim doesn't feel they have to make identification.

30.     PO Langer began to show R.H. each folder one at a time. R.H. looked at the photo in the first folder, indicated and circled "No" on the PC-24 form for folder #1. R.H. looked at the photo in the second folder, indicated and circled "No" on the PC-24 form for folder #2. Upon opening third folder, R.H. indicated and circled "Yes" on the PC-24 form for folder #3. R.H. looked at the photos in folders #4-8, indicated and circled "No" on the PC-24 form for folders #4-8.

6

31.     R.H. then signed and indicated on form PC-24 that he made an identification of the subject depicted in folder #3. R.H. also initial and dated the photograph in the folder #3 (Curbelo-Rivera).

32.     R.H. looked through each folder/photo, one at a time and identified Curbelo-Rivera as being a suspect in the Motor Vehicle Robbery. The photo array was later inventoried under MPD Inventory #24032343 Items 1-8.

**Traffic Stop of Nissan Altima**

33.     On September 11, 2024, Curbelo-Rivera was traffic stopped by the Ozaukee County Sheriffs Office near Interstate 43 – Northbound and Highland Road. Curbelo-Rivera was operating a black in color 2012 Nissan Altima with Wisconsin Registration Plate APY4249 (VIN #1N4AL2AP0CC188885). A wanted check of this vehicle revealed that the registration plate did not list to the vehicle. I know that during this interaction, Curbelo-Rivera provided law enforcement with the address of 1602 Georgia Avenue, Sheboygan, WI 53081. I know that Curbelo-Rivera was later cited for Speeding on Expressway (20-24 MPH), Fail/Yield to Stop for Emergency Vehicle, and Operating While Revoked.

**Social Media Observations**

34.     On or about October 6, 2024, affiant observed the Instagram account of "lowotssssss" and that this account posted a photograph to their profile page.

35.     This Instagram account with username "lowotssssss" appears to be utilized by Jaime V. Curbelo-Rivera (W/M, 08/11/2002), based upon my comparison of recent booking photographs with the Department of Corrections of Curbelo-Rivera and the other photographs posted on the page.

7



36.     Depicted in the photograph above was Curbelo-Rivera wearing a black mask over his mouth area, a black zip-up hooded sweatshirt, black pants, and black Air Jordan XI's. Curbelo-Rivera is holding two firearms. The firearm in his left hand appears to be a Glock style handgun with an extended magazine and a black laser or weapon mounted light. The lower appears to be a desert tan in color with a black rubber grip with a desert tan extended magazine inserted into the magazine well. I observed affixed to the rear of the Glock style handgun appeared to be a black full-auto selector switch, which through training and experience, affiant knows this device illegally converts a firearm from a semi-automatic handgun to a fully automatic machine gun. Curbelo-Rivera is holding an additional firearm in his right hand as well. This handgun in his right hand depicts the top view of the slide.

8

37.     I have participated in numerous investigations regarding auto-sears illegally installed on Glock brand firearms and have recovered firearms like this in the past. Through my training and experience, that this firearm based on looks, quality, features, and coloring that it is a real firearm compared to a facsimile firearm.

38.     I know that on November 6, 2024, TFO Kyle Veloz applied for a state search warrant regarding records regarding the Instagram account "lowotssssss". The search warrant was reviewed by Assistant District Attorney Francesco Mineo and approved by the Honorable Judge Carolina Maria Stark, Branch 17.

39.     On or about November 13, 2024, I observed the Instagram account of "lowotssssss" and that this account posted a photograph to their Instagram stories, as shown below.



9

40.     I know depicted in this photograph is what appears to be an AK draco style pistol and a "peanut butter" or desert tan Glock 19X handgun. I was able to see that the photograph was taken behind the wheel of a Nissan brand vehicle.

41.     On November 20, 2024, I began reviewing a records return regarding the Instagram account "lowotsssss". Those records showed that on October 27, 2024, Curbelo-Rivera and another unidentified subject were communicating about arranging an uber to pickup Curbelo-Rivera. Curbelo-Rivera later provided the unknown subject with an address of 2539 S. 9th Place, Milwaukee, WI 53215.

42.     While reviewing photographs that had been posted to Curbelo-Rivera's account, I observed a photograph of Curbelo-Rivera standing in the driveway behind a residence with a Nissan Altima sedan and a record label emoji covering where the vehicle's registration plate would be. In front of the Nissan, I also observed a staircase that ascends to the upper unit of the residence.



43.     In this photograph, I observed Curbelo-Rivera to be in possession of what appears to be a black in color Glock-style handgun in his left hand covering his face, a black in color Kriss Vector style pistol caliber carbine in his right hand, and the same Glock style handgun with an full-auto selector switch that is described in Paragraph #36.

44.     On November 20, 2024, while conducting surveillance of the address 2539 S. 9th Place, TFO Eulia Boyd observed a black Nissan Altima with Wisconsin Registration plates AYK6839, affixed to the rear of the vehicle parked on the rear slab behind the residence. A wanted

check of the vehicle revealed that this plates did not list to the vehicle, but instead listed to a maroon in color 2007 Honda Odyssey Van (VIN #5FNRL38487B118073) and the address of 1602 Georgia Avenue, Sheboygan, WI 53081.



45.    On November 23, 2024, while conducting physical surveillance of the address 2539 S. 9th Place, I observed the same rear staircase that ascends to the upper unit of the residence. I also observed a black Nissan Altima with no registration plates parked on the rear slab that appeared to be the same vehicle posted by Curbelo-Rivera.  Below is a photo of what I observed on November 23, 2024:



46.     On November 23, 2024, I observed the Instagram account of "lowotssssss" and that this account posted the below photograph to their Instagram stories.

13



47.     I know that depicted in this photograph was a silver in color Toyota Corolla sedan.

48.     I later observed a photograph from Flock Safety of a silver in color Toyota Corolla with the same registration plate that was observed on the Nissan as described in Paragraphs #44.  A photo of the Toyota Corolla from the Flock records is below.

14



49.     I know that according to Wisconsin County System – Consolidated Court
Automation Program (CCAP), Curbelo-Rivera is a convicted felon as a result of Milwaukee
County Case Number 2020CF003290, Take and Drive Vehicle Without Consent, a Class H
Felony, Wisconsin State Statutes 943.23(2), and that said conviction was on or about July 8,
2021, remainds of record and unreversed.

50.     I know that Curbelo-Rivera is currently on Parole regarding regarding Milwaukee
County Case Number 2022CF002687, Theft-Movable Property >$5,000-$10,000 (Class H
Felony), Theft-Movable Property >$2,500-$5,000 (Class I Felony), and Milwaukee County Case
Number 2020CF003290, Take and Drive Vehicle Without Consent (Class H Felony) and was
assigned DOC #701131. I know Curbelo-Rivera had the address of 1602 Georgia Avenue,
Sheboygan, WI 53081 as a listed address with the Department of Corrections.

51.     While reviewing notes between Curbelo-Rivera and his probation agent, I observed that Curbelo-Rivera stated that he was living with his girlfriend (Yianeliz Rodriguez-Mendez) and her mother (Melissa Mendez) at the address of 2539 S. 9th Place – Upper, in Milwaukee, Wisconsin.

## <u>CONCLUSION</u>

52.     Based on the above facts I believe there is probable casue to search the residence of **2539 S. 9th Place (Upper), Milwaukee, Wisconsin,** and two vehicles **(Silver Toyota Corolla, WI Plate AYK6839, Unknown VIN; and 2012 Black Nissan Altima VIN#1N4AL2AP0CC188885)** for evidence related to the following crimes: November 6, 2024, Motor Vehicle Robbery and Hobbs Act Robbery, at 1747 S. 32nd Street, Milwaukee, Wisconsin, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act Robbery) and 2119(1) (Motor Vehicle Robbery), and also violations of Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm) and Title 18, United States Code, Section 922(o) (Possession of a Machine Gun).

16

<u>**ATTACHMENT A**</u>

**PROPERTY TO BE SEARCHED**

**2539 S. 9th Place (Upper), Milwaukee, Wisconsin:** The residence is an upper/lower two-story duplex. The residence has a white and yellow siding, blue trim around the windows and a brown shingled roof. The numbers "2539" are displayed horizontally above a mailbox on the front of the residence which faces east towards the street. The only entrance/exit to the upper unit of the residence is to ascend a staircase located on the west side of the structure.

The property to be searched includes residence and all areas accessible to the residence, including any basement or crawl space area and the unattached garage associated with the residence.

BELOW ARE PHOTOGRAPHS OF THE FRONT AND REAR OF THE RESIDENCE:

Front:                                                          Rear:

 

17

**Silver Toyota Corolla (WI Plate AYK6839, Unknown VIN)**



**2012 Black Nissan Altima (VIN#1N4AL2AP0CC188885)**



18

**ATTACHMENT B**

**PROPERTY TO BE SEIZED**

All physical evidence found at the location described in Attachment A that relate to violations in October and November 2024, of Title 18, United States Code, Sections 2119(1) (Motor Vehicle robbery) and 1951(a) (Hobbs Act robbery), Title 18, United States Code, Section 922(g)(1) (Felon in possession of a firearm) and Title 18, United States Code, Section 922(o) (Possession of a Machinegun) involving Jaime V. Curbelo-Rivera and other unknown actors, to include:

    a.  Clothing items and accessories worn during one or more of the robberies and items used to commit the robberies or clothing associated with posts made on social media in possession of firearms;

    b.  Items stolen during the aforementioned robberies, to include U.S. currency, electronic devices, boxes, or other packaging material from those devices;

    c.  Cellular telephones for any of the suspects;

    d.  Firearms, ammunition, cases, boxes, or firearm accessories and documents showing firearm purchase, possession, or ownership, to include but not limited to CCW permit and firearm purchase/acquisition documents;

    e.  Evidence regarding the use of social media, including Facebook, Instagram, and Facebook Marketplace;

    f.  Evidence of recent cash expenditures;

    g.  Maps or other indications of planning;

    h.  Identification and location of assets obtained with the proceeds from the robbery;

    i.  All records, items and documents reflecting travel for the purpose of participating in the aforementioned robberies, including but not limited to gas station receipts, store

19

receipts, credit card receipts, restaurant receipts, maps, and records of long distance calls reflecting travel;

j.  All computers, tablets, and cellular telephones handsets which may have been used by the subject which may contain travel records, contacts with other individuals, email or social media contacts, or other records or communications related to the aforementioned robbery;

k.  Accounting records, specifically financial statements, bank records, ledgers, journals, check registers, and other books and records used to maintain a record of income and expenses;

l.  Checking, savings, and investment account records, including signature cards, account statements, deposit receipts, withdrawal receipts, cancelled checks, money orders, cashier's checks, records of incoming and outgoing wire transfers, electronic funds transfer records, checkbooks, credit card records and receipts, including supporting documentation and schedules, and any other records of documents pertaining to the receipt, expenditure, or concealment of money;

m.  Any and all of the above listed evidence stored in the form of magnetic or electronic coding on computer media or media capable of being read by a computer or with the aid of computer-related equipment, including but not limited to floppy disks, fixed hard disks, removable hard disks, tapes, laser disks, videocassettes, CD-ROM's, DVD disks, Zip disks, smart cards, memory sticks, memory calculators, personal digital assistants (PDS's), cell phones, and/or other media capable of storing magnetic coding, the software to operate them and related instruction manuals;

n.  All electronic devices which are capable of analyzing, creating, displaying, converting or transmitting electronic or magnetic computer impulses or data. These devices include computers, computer components, computer peripherals, word processing equipment, modems, monitors, printers, plotters, encryption circuit boards, optical scanners, external hard drives, and other computer related electronic devices;

o.  The search procedure of the electronic data contained in computer operating software or memory devices, whether performed on site or in a laboratory, or other controlled environment, may include the following techniques:

20

i. Surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files);

ii. "Opening" or cursorily reading the first few "pages" of such files in order to determine their precise contents;

iii. "Scanning" storage areas for deliberately hidden files; or

iv. Performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation.

p. All indicia of occupancy, residency or ownership of the premises and things described in the warrant, including identification documents, utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents, and keys.

21